■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC POOLE, Appellant. [18 NYS3d 527]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered September 11, 2012, resentencing defendant, as a second violent felony offender, to an aggregate term of 25 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Sweeny, J.P., Acosta, Richter and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVAUGHNTE WILLIAMS, Appellant. [18 NYS3d 527]—Judgments, Supreme Court, Bronx County (William Mogulescu, J.), rendered March 21, 2013, convicting defendant, upon his plea of guilty, of robbery in the first degree (three counts), robbery in the second degree, attempted assault in the first degree, criminal possession of a weapon in the second degree, and menacing in the second degree, and sentencing him to an aggregate term of 10 years of incarceration and five years of postrelease supervision, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Acosta, Richter and Manzanet-Daniels, JJ.